================================================================
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (BALTIMORE)
================================================================

| | |
|---|---|
| MICHAEL O. LIVINGSTONE | : |
| *Plaintiff* | : |
| vs. | : |
| | : Civil Case No: 22-3096-LKG |
| WALDEN UNIVERSITY, LLC | : |
| *Defendant* | : |

================================================================
**Plaintiff's Response that Motion to Appear *pro hac vice* (ECF Dkt. No. 24) is unopposed, subject to Loc. Civ. R. Proc. 101(b)**
================================================================

Plaintiff Michael O. Livingstone ("Plaintiff") respectfully give notice to this honorable court that he does *not* oppose and he does *not* object to the motion to appear *Pro Hac Vice* for Christopher Bayh (ECF Dkt. No. 24).

Absent Plaintiff's objection, the aforementioned motion is subject to Loc. Civ. R. Proc. 101(b) of this honorable court's requisites, due diligence on attorney admissions, and standard practices for *pro hac vice* admission in this District Court.

Respectfully submitted,



s/Michael O. Livingstone, *pro se*
P.O. Box 34246
Philadelphia, Pennsylvania 19101
Telephone: 856-676-6951
Email: mikeliving40@gmail.com

Dated: January 13, 2023

## Certificate of Service by Fed. R. Civ. Proc. 5

I, Michael O. Livingstone hereby state that around January 13, 2023, I presented the foregoing to this Court for filing and by Fed. R. Civ. Proc. 5's application to Attorney ECF filers, I caused the same to be electronically served upon Defendant's Attorneys of record as follows:

> Chris Bayh, Esquire,
> Barnes & Thornburg LLP
> Email: Chris.Bayh@btlaw.com

> &

> Erinn Maguire, Esquire
> Lawrence Law, LLC
> Email: erinn@lawrencelawllc.com

> Respectfully Submitted,
>
> /s/
>
> Michael O. Livingstone, *pro se*
> P.O. Box 34246
> Philadelphia, Pennsylvania 19101.
> Email: mikeliving40@gmail.com
> Telephone: 856-676-6951

Dated: January 13, 2023