IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL O. LIVINGSTONE, | ) |
| Plaintiff, | ) Civil Action No. 22-cv-03096-LKG |
| v. | ) Dated: February 1, 2023 |
| WALDEN UNIVERSITY, LLC, | ) |
| Defendant. | ) |

## ORDER

On January 25, 2023, the Court issued an Order granting Defendant's consent motion for extension of time to respond to Plaintiff's amended complaint in the above captioned matter. ECF No. 34. Pursuant to the Court's Order, the deadline for Defendant to respond to Plaintiff's amended complaint is February 24, 2023. *See id.*

On January 13, 2023, Plaintiff filed a notice of intent to file a motion for reimbursement of process service costs against Defendant pursuant to Fed. R. Civ. P. 4. ECF No. 29. On January 16, 2023, Plaintiff filed a notice of intent to file a motion for a preliminary injunction against Defendant pursuant to Fed. R. Civ. P. 65. ECF No. 31. On January 29, 2023, Plaintiff filed correspondence with the Court again seeking permission to file both of Plaintiff's motions (ECF No. 29; ECF No. 31). ECF No. 35.

In light of the foregoing, the Court **HOLDS in ABEYANCE** both of Plaintiff's motions (ECF No. 29; ECF No. 31), pending Defendant's response to Plaintiff's amended complaint.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge