# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL O. LIVINGSTONE, | |
| Plaintiff, | Civil Action No. 22-cv-03096-LKG |
| v. | Dated: April 11, 2023 |
| WALDEN UNIVERSITY, LLC, | |
| Defendant. | |

## ORDER

On April 11, 2023, the parties participated in a telephonic status conference in the above-captioned matter. ECF No. 44. In light of the foregoing, and for reasons stated during the status conference, the Court **GRANTS** Plaintiff's motion for an extension of time to file a response to Defendant's motion to dismiss and **MODIFIES** the Court's Scheduling Order dated February 24, 2023, as follows:

| | |
|---|---|
| Plaintiff's response to Defendant's motion to dismiss | **May 2, 2023** |
| Defendant's reply brief | **May 23, 2023** |

In addition, the Court:

1. **HOLDS-in-ABEYANCE** Plaintiff's proposed motions (1) for reimbursement of process service costs; (2) for a preliminary injunction against Defendant; (3) for contempt of Court against Defendant as to subpoena; (4) for a stay of proceedings and to vacate the briefing schedule for the Defendant's motion to dismiss; (5) to strike and nullify Defendant's notice of intent to file a motion to quash and Plaintiff's notice of intent to file a motion for contempt of Court; (6) for sanctions against Defendant for violating Section II(A)(3) of the Case Management Order; (7) cross-motion for sanctions; and (8) request for judicial notices in support of his opposition to Defendant's motion to dismiss.

2. **HOLDS-in-ABEYANCE** Defendant's proposed motion to quash Plaintiff's purported subpoena and motion for injunctive relief.
3. **DIRECTS** the parties to seek and obtain leave of the Court before filing any further motions or filings in this matter, unless the subject filing or motion has been authorized by a prior Order of the Court.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
